## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

THOMAS DESPART,

                Petitioner,

v.                                              Case No. 6:05-cv-781-Orl-18DAB

SECRETARY, DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

                Respondents.

_____

### **ORDER**

      This case is before the Court on the following matters:

      1.    Petitioner must file a computer printout containing all the transactions in his prisoner for account for the three [3] months preceding the filing of his petition. If there have not been any transactions in the prison account during this period, an authorized officer must state the following: "There have not been any deposits or withdrawals in this prisoner's account from the period from _____ to _____." (Fill in the blanks). Further, if Petitioner did not have a prison account for this period of time, an authorized officer must inform the Court. Petitioner must submit a computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all the transactions in his prisoner account for the period from **FEBRUARY 23, 2005**, through **MAY 23, 2005**, (the three [3] months preceding the filing of the petition). The failure to do so within **TWENTY [20] DAYS** from the date of this Order will result in the dismissal of this action without further notice.

      2.    Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 2, filed May 23, 2005) is **DENIED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this 24th day of May, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 5/24
Thomas Despart